AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

| | |
|---|---|
| Ryan S. Walters, Michael E. Shotwell and Richard A. Conrad <br> _Plaintiff_ <br><br> v. <br><br> Eric H. Holder, Jr. as Attorney General of the United States <br> _Defendant_ | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _2:10cv 76 KS-MTP_ <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric H. Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

K. Douglas Lee
Lee Law Firm LLC
22 Milbranch Road #100
Hattiesburg MS 39402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: _4/2/10_

_Signature of Clerk or Deputy Clerk_