IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| LT. GOV. PHIL BRYANT et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:10-cv-76-KS-MTP |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants Eric H. Holder, Jr., in his official capacity as Attorney General of the United States; the United States Department of Health and Human Services ("HHS"); Kathleen Sebelius, in her official capacity as Secretary of HHS; the United States Department of the Treasury; Timothy F. Geithner, in his official capacity as the Secretary of the Treasury; the United States Department of Labor; and Hilda L. Solis, in her official capacity as Secretary of Labor hereby respectfully move to dismiss this action in its entirety for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), or, in the alternative, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, defendants refer the Court to the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

WHEREFORE defendants, by undersigned counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that the Court issue an order dismissing the above-captioned case, and for such other relief as the Court deems just and proper.

DATED this 1st day of August, 2010.    Respectfully submitted,

TONY WEST

        Assistant Attorney General
        IAN HEATH GERSHENGORN
        Deputy Assistant Attorney General
        DON BURKHALTER
        United States Attorney

        <u>/s/ Kathryn L. Wyer</u>
        JENNIFER R. RIVERA
        Director
        SHEILA M. LIEBER
        Deputy Director
        KATHRYN L. WYER
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW
        Washington, D.C. 20001
        Tel. (202) 616-8475/ Fax: (202) 616-8470
        Email: Kathryn.Wyer@usdoj.gov
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: August 1, 2010                                     /s/ Kathryn L. Wyer
                                                                                      Kathryn L. Wyer