IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

LT. GOV. PHIL BRYANT, et al.                                            PLAINTIFFS

v.                              CIVIL ACTION NO. 2:10-CV-76-KS-MTP

ERIC HOLDER, JR., in his official capacity as
Attorney General of the United States, et al.                    DEFENDANTS

## ORDER

Defendants' Motion for an Extension of Time [34] is **granted.** Defendants shall file their rebuttal memorandum on or before **July 5, 2011**.

SO ORDERED AND ADJUDGED this 31st day of May, 2011.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE